JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LAWRENCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US STUDENT LOAN CENTER, INC.,<br><br>Defendant. | Case No.: 2:16-cv-07880-ODW-FFM<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL OF ACTION<br><br>Judge: Hon. Otis D. Wright II |

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to absent members of the putative class;

2. As the Court has not certified a class in this matter, the notice and approval requirements of Fed. R. Civ. P. 23(e) do not apply; and

3. Each party shall bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED.**

Dated: January 30, 2017

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California